IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN F. LINDSAY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOVERNMENTAL EMPLOYEES INSURANCE COMPANY, Inc., a Maryland Corporation; and RENEE RIPOL,<br><br>　　　　Defendants. | 8:12CV205<br><br><br>AMENDED PROGRESSION ORDER |

　　　　IT IS ORDERED that the final progression order is as follows:

1)　　The jury trial of this case is set to commence before Laurie Smith Camp, Chief United States District Judge, in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska at 9:00 a.m. on **October 15, 2013**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

2)　　The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **October 1, 2013** at **11:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on September 30, 2013. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3)　　A telephonic conference with the undersigned magistrate judge will be held on **July 9, 2013** at **10:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4)　　The deadlines for moving to amend pleadings or add parties are:

　　　　　　For the plaintiff(s):　　　　December 28, 2012
　　　　　　For the defendant(s):　　　January 11, 2013

5) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is July 29, 2013. Motions to compel Rule 33 through 36 discovery must be filed by July 12, 2013.

6) The deadline for identifying expert witnesses expected to testify at the trial is March 1, 2013.

7) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    May 16, 2013
    For the defendant(s):    June 13, 2013

8) The deposition deadline is July 29, 2013.

9) The deadline for filing motions to dismiss and motions for summary judgment is July 15, 2013.

10) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 15, 2013.

11) Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

12) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

December 11, 2012.

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United State Magistrate Judge