IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN F. LINDSAY,<br><br>    Plaintiff,<br><br>vs.<br><br>GOVERNMENTAL EMPLOYEES INSURANCE COMPANY, Inc., a Maryland Corporation; and RENEE RIPOL,<br><br>    Defendants. | 8:12CV205<br><br>**MEMORANDUM AND ORDER** |

Based on the representations of counsel that the parties are beginning settlement discussions:

IT IS ORDERED:

1) The plaintiff's unopposed motion to amend the Final Progression Order, (Filing No. 27), is granted. The discovery and dispositive motion deadlines, and the pretrial conference and trial settings are set aside pending further order of the court.

2) A telephonic conference before the undersigned magistrate judge will be held on September 17, 2013 at 11:30 a.m. to discuss the status of the parties' settlement discussions. Counsel for plaintiff shall place the call.

3) The plaintiff's motions, (Filing Nos. 25 and 26), are denied as moot.

July 12, 2013.

                  BY THE COURT:

                  *s/ Cheryl R. Zwart*
                  United States Magistrate Judge