IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN F. LINDSAY,<br><br>    Plaintiff,<br><br>vs.<br><br>GOVERNMENTAL EMPLOYEES INSURANCE COMPANY, Inc., a Maryland Corporation; and RENEE RIPOL,<br><br>    Defendants. | 8:12CV205<br><br>**ORDER** |

  The parties need additional time to exhaust their settlement discussions. Accordingly,

  IT IS ORDERED that a telephonic conference before the undersigned magistrate judge will be held on September 30, 2013 at 10:00 a.m. to discuss the status of the parties' settlement discussions. Counsel for plaintiff shall place the call.

  Dated this 17th day of September, 2013.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge