IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN F. LINDSAY,<br><br>   Plaintiff,<br><br>vs.<br><br>GOVERNMENTAL EMPLOYEES INSURANCE COMPANY, INC., a Maryland Corporation, and RENEE RIPOL,<br><br>   Defendants. | 8:12-CV-205<br><br>ORDER |

  The Court has been advised that the parties in this case have settled their claims. Accordingly,

  IT IS ORDERED:

  1. On or before December 19, 2013, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

  2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

  3. The Clerk of the Court shall set a dismissal papers deadline of December 19, 2013.

Dated this 21st day of November, 2013.

            BY THE COURT:

            _John M. Gerrard_
            John M. Gerrard
            United States District Judge